In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-473 CR


____________________



JIMMIE TAYLOR, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 87661






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Jimmie Taylor, to withdraw
his notice of appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by appellant
personally. No opinion has issued in this appeal. The motion is granted and the appeal
is therefore dismissed.

 APPEAL DISMISSED.

 ___________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered November 16, 2005

Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.